**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:  Adriene Lewis Sibley v. City of Freeport

Appellate case number:  01-20-00602-CV

Trial court case number:  91447-T

Trial court:  239th District Court of Brazoria County

     It is ordered that the motion for rehearing is **DENIED**.

Judge's signature:  /s/ Veronica Rivas-Molloy
                   ☑ Acting for the Court

The panel consists of Justices Goodman, Rivas-Molloy, and Farris.

Date:  October 11, 2022.